UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BISNOW LLC,

                              Plaintiff,                      20 Civ. 3441 (PAE)

           -v-

                                                                     <u>ORDER TO</u>
THOMAS LOPEZ-PIERRE,                            <u>SHOW CAUSE</u>

                              Defendant.

PAUL A. ENGELMAYER, District Judge:

      On May 2, 2020, plaintiff filed the complaint in this case. Dkt. 1. On May 12, 2020, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond June 2, 2020. *See* Dkt. 6. Defendant has not responded to the complaint or otherwise appeared in this action. Plaintiff, however, has not obtained a certificate of default from the Clerk of Court or filed a motion for default judgment against defendant, and no progress has otherwise been made in this case.

      Accordingly, it is hereby ORDERED that plaintiff shall show cause by **August 9, 2020,** why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules, which requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for default judgment. Failure to submit a timely and proper motion for default judgment will result in dismissal of this case under Rule 41.

2

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 30, 2020
        New York, New York