# EXHIBIT A

# Bisnow // Avison Young - Tri-State

Tuesday, October 29, 2019 · 10:00 – 10:30am

**3 guests**
2 yes, 1 awaiting

Marc Lacognata
Organizer

chris

Gail Donovan (Avison Young)

Chris to call Gail at ▮▮▮▮▮▮▮▮ to discuss 2020 Planning

10 minutes before

Marc Lacognata

Going?   Yes   No   Maybe