# EXHIBIT B



Chris Bushnell ███████

---

## AY // Bisnow - 2020 Planning
2 messages

**Chris Bushnell** ███████████████████                         Mon, Nov 4, 2019 at 7:55 AM
To: "Gail Donovan (Avison Young)" ███████████████
Cc: Marc Lacognata ████████████

Gail,

Good catching up the other day.  I wanted to follow up with my notes from the call and a shortlist of events we earmarked.  There's just so much info in the calendar pdf, I figured this would be a helpful guide to narrow things down.

Look it over with your team and let me know your thoughts.

I will update the calendar invite to 2pm on 11/12.  If you need to adjust that, just let me know.

**2020 NYC EVENTS:**

1. **Jan - NYC Future of Construction & Development** for Kirsten Beck and Project Development Services group to highlight commercial interiors work revitalizing aging building stock
2. **Feb - NYC Legislative Forecast: Rent Stabilization & Climate Mobilization Act** to show that AY is transacting despite rent stabilization laws
3. **Mar - Tri-State Industrial & Logistics Summit (Full-Day)** for Wendy Lusardi and NJ team
4. **May - NYC Office & Workplace of the Future** to highlight leasing team
5. **May - Westchester & Fairfield State of the Market** to showcase AY's activity outside Manhattan
6. **Aug - NYC Affordable Housing** to reach owners -- this event attracts the second highest percentage of owners in attendance of all our NYC events, right behind National Finance
7. **Sep - National Real Estate Finance Summit (Full-Day)** arguably the highest caliber event we host coast to coast, with the highest level speakers and audience
8. **Oct - NYC Life Sciences** to highlight AY's Life Science specialist
9. **Nov - NYC State of the Market (Full-Day)** our #1 biggest event of the year in NYC
10. **Nov - 2021 Forecast & Political Impact on CRE** always a great event to close out the year, especially in December 2020 given the looming election

------------------------------------------------------------
**2020 NYC EVENTS:**

- Jan - NYC Future of Construction & Development
- Jan - NYC Hospitality
- Feb - NYC Legislative Forecast: Rent Stabilization & Climate Mobilization Act
- Feb - NYC CRE Tech
- Mar - Tri-State Industrial & Logistics Summit (Full-Day)
- Mar - LIC, Brooklyn & Queens
- Apr - Tri-State Multifamily Summit (Full-Day)
- Apr - NYC Hunting For Yield in 2020
- May - NYC Office & Workplace of the Future
- May - Westchester & Fairfield State of the Market
- Jun - NYC Architecture & Design
- Jul - NYC Power Women Series
- Jul - Long Island State of the Market
- Jul - NYC Data Centers Northeast
- Aug - NYC Affordable Housing
- Sep - National Real Estate Finance Summit (Full-Day)
- Sep - Harlem & Bronx
- Oct - NYC Life Sciences
- Nov - NYC State of the Market (Full-Day)
- Nov - Tri-State Healthcare Summit (Full-Day)
- Nov - 2021 Forecast & Political Impact on CRE

**2020 NEW JERSEY EVENTS:**

- Feb - Office
- Mar - Gold Coast
- Jun - State of the Market
- Aug - Construction & Development
- Sep - Industrial & Logistics
- Oct - Data Centers
- Nov - Multifamily

--
Chris Bushnell
Director - Northeast

# BISNOW
(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

---

**Chris Bushnell**                                                     Thu, Dec 12, 2019 at 11:10 AM
To: "Gail Donovan (Avison Young)"
Cc: Marc Lacognata

Hi Gail,

I know you're reviewing the digital campaign that we sent yesterday for James, but I wanted to circle back on 2020 events. We're officially in crunch time over here and would love to get a sense of your plans for the new year.

Let me know where things stand, and how I can be helpful.


[Quoted text hidden]