# EXHIBIT C

10/29/2020 Bisnow Media Mail - FW: VIDEO - RACIST: Michael Tortorici of Ariel Property Advisors - Against Black and Hispanic People?

Case 1:20-cv-03441-PAE-SLC Document 33-3 Filed 10/29/20 Page 2 of 10



Chris Bushnell

# FW: VIDEO - RACIST: Michael Tortorici of Ariel Property Advisors - Against Black and Hispanic People?

**Donovan, Gail (Avison Young)**     Wed, Nov 13, 2019 at 8:20 AM
To: Miles Bloom     Chris Bushnell     John Whitney

Miles,

I'm forwarding you a video that Lopez-Pierre is circulating of a confrontation he had yesterday with my former colleague Mike Tortorici from Ariel Property Advisors. Mike was speaking at a rent regulation seminar.

I am sure he will do the same thing at your event on Dec. 4, although it could be worse if he brings additional supporters as he threatened in his previous email.

I'm very sorry but I can't subject James to this kind of treatment and run the risk of a videotaped confrontation being circulated. The initial email was bad enough, but a video would be extremely harmful to James' brand and the Avison Young brand. Therefore, I have to pull James from the Dec. 4 event.

Please call if you have any questions or concerns.

Thanks very much, Gail


**Gail Donovan**

Senior Director of Marketing, Tri-State

Avison Young

1166 Avenue of the Americas

15th Floor

New York, NY 10036


avisonyoung.com

 

10/29/2020 Bizlow Media Mail - FW: VIDEO - RACIST: Michael Tortorici of Ariel Property Advisors - Against Black and Hispanic People?

Case 1:20-cv-03441-PAE-SLC Document 33-3 Filed 10/29/20 Page 3 of 10

    

Avison Young New York Inc.

Legal Disclaimer

**From:** The Real Estate Diversity PAC <info@realestatediversitypac.org>
**Sent:** Tuesday, November 12, 201
**To:** Donovan, Gail (Avison Young)
**Subject:** VIDEO - RACIST: Michael Tortorici of Ariel Property Advisors - Against Black and Hispanic People?

External Sender

# PLEASE FORWARD TO OTHERS!!!

**(This Email Was Sent To 10,000 Black and Hispanic Professionals (Lawyers, Real Estate, Medical, Finance) and 4,000 White Real Estate Professionals and the media)**

# Real Estate Diversity PAC

A Political Action Committee that Advocates for Racial and Gender Diversity within the Commercial Real Estate Industry.





# Watch Video of Michael A. Tortorici, Executive Vice-President - Investment Sales, Ariel Property Advisors - Running Away From Thomas Lopez-Pierre as he is asked him: "Michael, Are You A RACIST?"

10/29/2020 Bizflow Media Mail - FW: VIDEO: RACIST Michael Tortorici of Ariel Property Advisors Against Black and Hispanic People?

Case 1:20-cv-03441-PAE-SLC Document 33-3 Filed 10/29/20 Page 5 of 10



# Michael A. Tortorici of Ariel Property Advisors: "Are You RACIST Against Black and Hispanic People?"



November 12, 2019

Michael A. Tortorici

Executive Vice-President

**Ariel Property Advisors**

122 East 42nd Street

Suite 1015

New York, New York 10168

10/29/2020 Bizznow Media Staff- FW: ARE-O-I-RACIST Michael Tortorici of Ariel Property Advisors, Against Black and Hispanic People?

Case 1:20-cv-03441-PAE-SLC Document 33-3 Filed 10/29/20 Page 6 of 10

Dear Michael A. Tortorici:

My name is Thomas Lopez-Pierre and I am the Treasurer of **The Real Estate Diversity PAC**.

**To date, we have raised $25,000 in pledges of financial support!**

Today at a Rent Regulation Seminar (**see below photo of event invite**), you were subjected to just a very small faction of a year-long grassroots-boots-on-the-ground-direct-action-protest-campaign **that is to come in 2020, against YOU and your FIRM** unless your firm hires Black and Hispanic real estate professionals (and Asians and Women).



We plan to target you at your corporate office, home and house of worship and the homes and houses of worship of the **senior executives** at your firm.

**In addition, we plan to buy tickets for recently incarcerated Black and Hispanic men to attend real estate events, in order to disrupt and hold up banners** ("XYZ White Real Estate Professional Or Firm Is RACIST Against Black and Hispanic Real Estate Professionals") produced by the likes of **CapRate Events, CREtechALM Events, NYC Network Group**, **CREtech**, etc.

**Do NOT worry, Michael: you are NOT alone, we have publicly identify others** that are RACIST against Black, Hispanic and Asian people and Sexist against women that will get the same public treatment that you got this morning and more.... (**see above video**):

1 - White Male Senior Real Estate Executives;

2 - Commercial Real Estate Firms;

3 - Real Estate Event Producers.

**It's NO secret that Ariel Property Advisors earns millions of dollars** (on the market and closed transactions) **in the Black and Hispanic community.**

And out of 38 real estate professionals NOT one are Black and/or Hispanic and ONLY three are women and ONLY one is Asian.

> I refuse to believe that YOU are unable to find Black and/or Hispanic real estate professionals to hire in NYC, a city with a population that is 50+% Black and Hispanic!



**The Real Estate Diversity PAC will use Ariel Property Advisors as a warning to ALL the other firms that have little to NO Black, Hispanic, Asian or women real estate professionals.**

One of our key strategies will be to play the BAD COP vs. GOOD COP:

The idea is that corporate friendly groups like REAP - the Real Estate Associate Program and CREW Network will continue to play the GOOD COP and The Real Estate Diversity PAC will play the BAD COP.

Our goal is to:

1 - "Help" motivate with "direct action" real estate companies with their lack of racial and gender diversity, equity and inclusion in their hiring and leadership;

2 - "Help" motivate with "direct action" real estate event producers, like: NYC Network Group, CREtech, CapRate Events, ALM Events, etc. and the companies that sponsor their events with their lack of racial and gender diversity, equity and inclusion of panel speakers at their conferences;

3 - Host campaign fundraisers for political candidates/elected officials that support diversity, equity and inclusion within the real estate industry.

**FYI - The Real Deal:** Real estate's diversity problem (see below video) did a GREAT job at speaking truth to power about the lack of racial and gender diversity in the commercial real estate industry in NYC.



**With that said, The Real Estate Diversity PAC wants to be YOUR friend!**

The Real Estate Diversity PAC will give you until the end of the year to increase the number of Black, Hispanic, Asian and women real estate professionals that work at your firm.

**NOTE: We also reject token representation** (i.e.: one Woman or one Asian, or one this or one that, etc).

10/29/2020 Bizlow Media: Mail - FW: VIDEO- RACIST Document Control of Ariel Property Advisors Against Black and Hispanic People?

Case 1:20-cv-03441-PAE-SLC Document 33-3 Filed 10/29/20 Page 9 of 10

If you FAIL to meet our deadline, The Real Estate Diversity PAC will launch a year-long-grassroots-boots-on-the-ground-direct-action-protest campaign at your corporate office, home and house of worship and the homes and houses of worship of the senior executives at your firm.

**Trust me you will just "LOVE" the videos that get posted on social media.**

RACIST against Black, Hispanic and Asian people!

Sexist against women!

These will be the words the that the public will first think about when they think about YOU and Ariel Property Advisors!

**I know there are some in the commercial real estate industry that think I will NOT do what I have wrote in this email - do NOT worry, I plan on showing them and YOU WITH ACTION NOT WORDS (smile).**

**My advice is that you should contact:**

Ken McIntyre, Executive Director of REAP - the Real Estate Associates Program at 646-728-3574 to ask for his help with regard to fixing your problem of lack of racial and gender diversity at Ariel Property Advisors.

**I will end by saying Michael, I want to be your best friend in the commercial real estate industry!**

Together lets work together to increase the numbers of Black, Hispanic, Asian and women professionals working in commercial real estate.

All the best,

Thomas Lopez-Pierre

Treasurer

The Real Estate Diversity PAC

info@realestatediversitypac.org.

PS: Just in case you were thinking of trying to impress me with big time lawyers to sue me for Defamation, Slander or Libel - save your money!

I am judgement proof against any civil lawsuits!

10/29/2020 Bristow Media Mail - FW: VIDEO - RACISM! Michael Lutton's @Ariel Property Advisors Organized Racism Against Black and Hispanic People?

Case 1:20-cv-03441-RA-SLC Document 33-3 Filed 10/29/20 Page 10 of 10

Thomas Lopez-Pierre | P.O. Box 10025, New York, NY 10025

Unsubscribe

Update Profile | About Constant Contact

Sent by info@realestatediversitypac.org in collaboration with



Try email marketing for free today!