# EXHIBIT D

# Bisnow // Avison Young

Thursday, November 21, 2019 · 10:30 – 11:00am

📍 ▮▮▮▮▮▮▮▮▮▮

**4 guests**
4 yes

**Marc Lacognata**
Organizer

chris ▮▮▮▮▮▮▮▮▮▮

Gail Donovan (Avison Young)

Miles Bloom

Dial In: ▮▮▮▮▮▮▮▮
Pin: 09997

10 minutes before

Marc Lacognata

Going?   Yes   No   Maybe