# EXHIBIT F

| | | | | |
|---|---|---|---|---|
| **2020 - 2025 REVENUE LOSS SUMMARY:** | | | | |
| From 2020 to 2025, Bisnow will lose $653,562.84 in revenue incurred by the following three customers listed below. | | | | |
| | | | | |
| **Actual Historical Sales** | **Avison Young** | **Emerald Creek** | **Ariel Property Advisors** | |
| 2013 Spend | $16,000.00 | $0.00 | $19,800.00 | |
| 2014 Spend | $9,000.00 | $0.00 | $19,800.00 | |
| 2015 Spend | $8,000.00 | $0.00 | $51,750.00 | |
| 2016 Spend | $0.00 | $0.00 | $36,000.00 | |
| 2017 Spend | $11,000.00 | $0.00 | $11,300.00 | |
| 2018 Spend | $19,700.00 | $0.00 | $10,000.00 | |
| 2019 Spend | $1,600.00 | $0.00 | $10,300.00 | |
| Total | $65,300.00 | $0.00 | $158,950.00 | |
| Avg / Year | $9,328.57 | $0.00 | $22,707.14 | |
| | | | | |
| | | | | **2020 Actual Total Loss** |
| 2020 Actual Losses because of TLP | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| | | | | |
| **Loss Summary for these 3 Customers** | **Avison Young** | **Emerald Creek** | **Ariel Property Advisors** | **Total Annual Loss** |
| 2020 Actual Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| 2021 Projected Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| 2022 Projected Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| 2023 Projected Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| 2024 Projected Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| 2025 Projected Loss Total | $55,920.00 | $30,300.00 | $22,707.14 | $108,927.14 |
| | $335,520.00 | $181,800.00 | $136,242.84 | $653,562.84 |