# EXHIBIT H



**Chris Bushnell**

## Bisnow / Emerald Creek Capital

**Rebecca Jurbala**            Wed, Oct 28, 2020 at 7:50 PM
To: Chris Bushnell

Hi Chris,

We stopped doing business with Bisnow because we received emails from Thomas Lopez Pierre accusing Bisnow of inappropriate conduct.

Best,

Rebecca Jurbala
Head of Marketing
Emerald Creek Capital
575 Lexington Ave, Suite 3120
New York, NY 10022

www.emeraldcreekcapital.com