# EXHIBIT I



Chris Bushnell

## 2020 Planning Ariel Property Advisors
20 messages

**Julie Haviv**     Mon, Nov 4, 2019 at 11:35 AM
To:
Cc: Marc Lacognata

Hello Chris!

Believe you reached out to Abilgail Shapiro a week ago regarding our plans for events in 2020. She is no longer at the company. I would like you to know that we are currently working on a preliminary budget for 2020.

What are your 2020 rates? If we do the same events in 2020 can you offer a discount?

I will relay your information to the appropriate parties at the company.

Thank you very much! - Julie


--

**Julie Haviv** | Manager PR

Ariel Property Advisors

phone | fax. | email

122 East 42nd Street, Suite 2405 | New York NY 10168

find us on the web: arielpa.com

follow us: LinkedIn | Twitter | Facebook | Instagram

**Read More About Ariel Property Advisors:** http://arielpa.com/about/company/

This email message and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete this message and attachments.

All information furnished herein is deemed reliable and is submitted subject to errors, omissions, change of terms and conditions, prior sale, or withdrawal without notice. We do not represent or guarantee the accuracy of any information and are not liable for any reliance thereon.


**Marc Lacognata**     Mon, Nov 4, 2019 at 12:05 PM
To: Julie Haviv
Cc: Chris Bushnell

Hi Julie,

Thanks for following up with us! Ariel's 2019 plan in 2020 will cost a bit more, as our rates have gone up in 2020. Below is a breakdown of your 2019 pricing, Bisnow's 2020 Rate Card, and the 2020 Pricing for Ariel if you all do the same exact thing.

**2019 Rates for Ariel:**
New York Affordable Housing Event $4,600
New York City State of the Market: $5,700

**2020 Rate Card:**
New York Affordable Housing Event $6,700
New York City State of the Market: $7,900

**2020 Rates for Ariel:**
New York Affordable Housing Event $5,360
New York City State of the Market: $6,320

Let me know if you have any questions, or need any additional information!

Best,
Marc

Marc Lacognata
Client Success Manager




(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Marc Lacognata**           Fri, Nov 8, 2019 at 1:50 PM
To: Julie Haviv
Cc: Chris Bushnell

Hi Julie,

Just wanted to check back in here - any interest from the team in these event opportunities?

Best,
Marc

Marc Lacognata
Client Success Manager

(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Marc Lacognata**           Wed, Nov 13, 2019 at 9:54 AM
To: Julie Haviv
Cc: Chris Bushnell

Hi Julie,

Checking in here - any updates?

Best,
Marc

Marc Lacognata
Client Success Manager



# BISNOW
(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Julie Haviv**      Wed, Nov 13, 2019 at 10:23 AM
To: Marc Lacognata
Cc: Chris Bushnell

Hello Marc! We have not made a decision yet as we are currently contemplating our 2020 strategy. Please feel free to touch base again at the end of November. Thank you very much! - Julie

[Quoted text hidden]

---

**Marc Lacognata**      Wed, Nov 13, 2019 at 12:10 PM
To: Julie Haviv
Cc: Chris Bushnell

Sounds good! We look forward to hearing from you in the coming weeks! Let us know if you need any additional information in the meantime.

Best,
Marc

Marc Lacognata
Client Success Manager



# BISNOW
(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Chris Bushnell**      Mon, Dec 2, 2019 at 7:40 AM
To: Julie Haviv
Cc: Marc Lacognata

Hi Julie. Following up on Marc's note. Marc and I have been working closely with Abigail over the last couple years. Would love to hop on a call this week if you're available?

[Quoted text hidden]

--
Chris Bushnell
Director - Northeast

[Quoted text hidden]

---

**Marc Lacognata**     Wed, Dec 4, 2019 at 1:36 PM
To: Chris Bushnell
Cc: Julie Haviv

Hi Julie,

Just wanted to check in on Chris's note. Free to connect sometime tomorrow or Friday?

Best,
Marc

Marc Lacognata
Client Success Manager

**BISNOW**
(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Julie Haviv**     Wed, Dec 4, 2019 at 2:04 PM
To: Marc Lacognata
Cc: Chris Bushnell

Hello Marc. We have not made a decision yet about our participation in Bisnow events in 2020. Perhaps check back with me again next Thursday. Thank you very much. - Julie
[Quoted text hidden]

---

**Marc Lacognata**     Wed, Dec 4, 2019 at 6:50 PM
To: Julie Haviv
Cc: Chris Bushnell

Thanks Julie! I'll be sure to check in then! Have a great night!

Best,
Marc

Marc Lacognata
Client Success Manager

**BISNOW**
(ALMOST) NEVER BORING

Bisnow Media Mail - 2020 Planning Arrid Property Advisors

North America's largest platform for commercial real estate news, events & education

www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Chris Bushnell**                                      Tue, Dec 10, 2019 at 7:40 AM
To: Julie Haviv
Cc: Marc Lacognata

Hi Julie,

Checking in, as we're officially in crunch time over here and would love to get a sense of your plans for the new year. With December now upon us and our team receiving unprecedented interest in 2020 events and digital, it's critically important we place holds on the events and panels you're interested in while they're still available.

As I'm sure you know, we typically only have 2 or no more than 3 positions for a given discipline for each event. So knowing the amount of brokerage interest we have in NYC, we want to help as much as possible to ensure we reserve spots on the events and panels you want. As crazy as it may sound, an event like our NYC State of the Market event (just to pick one example) that's not 'til November, likely won't have any positions available for brokerage voices by the end of this year.

I also wanted to touch base with you about something separate that we've been dealing with for the last couple months -- from what I'm reading, it sounds like you're dealing with it as well...

Anyways, give me a call whenever you get a chance

Thanks,

Chris

[Quoted text hidden]

---

**Marc Lacognata**                                   Fri, Dec 13, 2019 at 10:28 AM
To: Chris Bushnell
Cc: Julie Haviv

Hi Julie,

Checking in here - do you have some time for a quick chat with Chris and I today?

*Best,*
*Marc*

Marc Lacognata
Client Success Manager



**(ALMOST) NEVER BORING**

North America's largest platform for commercial real estate news, events & education

www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Julie Haviv**                                     Fri, Dec 13, 2019 at 11:05 AM

To: Marc Lacognata
Cc: Chris Bushnell

Hello Marc. We are still working on our 2020 marketing strategy. Likely not until the first week of January. Therefore I have nothing to relay right now and we understand if you have to go ahead and book other panelists for your events. Just fyi. I will be away until December 30. Until then if you have an urgent matter feel free to contact Ivan Petrovic ipetrovic@arielpa.com.

Please feel free to reach out again during the first week of next year. - Julie

[Quoted text hidden]

---

**Marc Lacognata**  
To: Julie Haviv  
Cc: Chris Bushnell

Fri, Dec 13, 2019 at 3:21 PM

Thank you, Julie! Looking forward to connecting in early January!

Hqppy Holidays!

Best,  
Marc

Marc Lacognata  
Client Success Manager



**BISNOW**  
(ALMOST) NEVER BORING

North America's largest platform for commercial real estate news, events & education  
www.bisnow.com | subscribe (free) | events | sponsorships

[Quoted text hidden]

---

**Chris Bushnell**  
To: Julie Haviv  
Cc: Marc Lacognata

Mon, Jan 13, 2020 at 12:28 PM

Hi Julie -- hope all is well.  Following up here.  When's a good time to reconnect?

[Quoted text hidden]

---

**Chris Bushnell**  
To: Julie Haviv  
Cc: Marc Lacognata

Thu, Jan 23, 2020 at 6:12 PM

Julie -- following up.

[Quoted text hidden]
[Quoted text hidden]

**BISNOW**

Informing, connecting and advancing the commercial real estate community to do more business  
www.bisnow.com | subscribe (free) | events | sponsorships | SelectLeaders

**Marc Lacognata** &lt;redacted&gt;     Wed, Feb 12, 2020 at 9:43 AM
To: Chris Bushnell &lt;redacted&gt;
Cc: Julie Haviv &lt;redacted&gt;

Hi Julie,

Checking back in here. Free to revisit the partnership conversation?

Best,
Marc

Marc Lacognata
Client Success Manager
&lt;redacted&gt;

**BISNOW**

Informing, connecting and advancing the commercial real estate community to do more business
www.bisnow.com | subscribe (free) | events | sponsorships | SelectLeaders

[Quoted text hidden]

---

**Marc Lacognata** &lt;redacted&gt;     Mon, Feb 17, 2020 at 9:38 AM
To: Chris Bushnell &lt;redacted&gt;
Cc: Julie Haviv &lt;redacted&gt;

Hi Julie,

Any updates?

Best,
Marc

Marc Lacognata
Client Success Manager
&lt;redacted&gt;

**BISNOW**

Informing, connecting and advancing the commercial real estate community to do more business
www.bisnow.com | subscribe (free) | events | sponsorships | SelectLeaders

[Quoted text hidden]

---

**Ivan Petrovic** &lt;redacted&gt;     Mon, Feb 17, 2020 at 10:31 AM
To: Marc Lacognata &lt;redacted&gt;
Cc: Chris Bushnell &lt;redacted&gt;, Julie Haviv &lt;redacted&gt;, Paul McCormick &lt;redacted&gt;

Hi Marc, thanks for reaching out Julie no long we works with Ariel Property Advisors.

We did speak internally and decided no to commit in this year. If things change, I'll make sure to reach out to you.

Thanks,
Ivan

[Quoted text hidden]

---

**Marc Lacognata** &lt;redacted&gt;     Mon, Feb 17, 2020 at 10:33 AM
To: Ivan Petrovic &lt;redacted&gt;
Cc: Chris Bushnell &lt;redacted&gt;, Julie Haviv &lt;redacted&gt;, Paul McCormick &lt;redacted&gt;

Got it! Thanks Ivan!

Best,
Marc

Marc Lacognata
Client Success Manager



# BISNOW

Informing, connecting and advancing the commercial real estate community to do more business
www.bisnow.com | subscribe (free) | events | sponsorships | SelectLeaders

[Quoted text hidden]